```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04285
   GERALDINE D EVANS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7075

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/12/2007 and was confirmed 03/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
BELL WEST CU               SECURED VEHIC     4500.00         24.38        1475.63
BELL WEST CU               UNSECURED         8307.00           .00            .00
CITIMORTGAGE INC           CURRENT MORTG        .00            .00            .00
CFMC                       UNSECURED        NOT FILED         .00            .00
CITIMORTGAGE INC           MORTGAGE ARRE    34465.94           .00         4395.94
CITIFINANCIAL MORTAGE CO   SECURED NOT I        .00            .00            .00
CITIMORTGAGE               SECURED NOT I        .00            .00            .00
ENTERPRISE RENTA CAR       UNSECURED        NOT FILED         .00            .00
BANK ONE OHIO              UNSECURED        NOT FILED         .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00            .00
SBC ILLINOIS               UNSECURED        NOT FILED         .00            .00
TRI CAP INVESTMENT PARTN   UNSECURED         1563.87           .00            .00
SBC AMERITECH              UNSECURED        NOT FILED         .00            .00
SBC AMERITECH              UNSECURED        NOT FILED         .00            .00
DR WARREN HASTINGS         UNSECURED        NOT FILED         .00            .00
SBC/ ILLINOIS              UNSECURED        NOT FILED         .00            .00
INGALLS MIDWEST EMMERGEN   UNSECURED        NOT FILED         .00            .00
PREMIER BANCARD CHARTER    UNSECURED          251.40           .00            .00
HOUSEHOLD BANK             UNSECURED          173.41           .00            .00
HSBC BSTBY                 UNSECURED        NOT FILED         .00            .00
HSBC CARSON                UNSECURED        NOT FILED         .00            .00
HSBC MENARDS               UNSECURED        NOT FILED         .00            .00
NICOR GAS                  UNSECURED          393.64           .00            .00
US DEPT OF EDUCATION       UNSECURED        21719.56           .00            .00
AFNI/VERIZON WIRELESS      UNSECURED          706.78           .00            .00
CERTEGY                    UNSECURED        NOT FILED         .00            .00
TRI CAP INVESTMENT PARTN   UNSECURED         7204.83           .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     1034.00           .00         1034.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,500.00                     2,500.00
TOM VAUGHN                 TRUSTEE                                          806.05
DEBTOR REFUND              REFUND                                             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 04285 GERALDINE D EVANS
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS   | DISBURSEMENTS |
|----------------------|------------|---------------|
| TRUSTEE              | 10,236.00  |               |
| PRIORITY             |            | 1,034.00      |
| SECURED              |            | 5,871.57      |
|   INTEREST           |            | 24.38         |
| UNSECURED            |            | .00           |
| ADMINISTRATIVE       |            | 2,500.00      |
| TRUSTEE COMPENSATION |            | 806.05        |
| DEBTOR REFUND        |            | .00           |
| TOTALS               | 10,236.00  | 10,236.00     |

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 10/22/08                      /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                         PAGE   2
       CASE NO. 07 B 04285 GERALDINE D EVANS